54 So.2d 622

#### PHILYAW v. CITY OF BIRMINGHAM.
#### 6 Div. 303.

Supreme Court of Alabama.
Oct. 18, 1951.

J. M. Breckenridge, Birmingham, for petitioner.

Beddow & Jones, Birmingham, opposed.

LIVINGSTON, Chief Justice.

It having been made known to this court by proper proof that defendant Philyaw died pending the petition for writ of certiorari to the Court of Appeals, it is therefore ordered that the petition for writ of certiorari is denied.

Writ denied.

FOSTER, LAWSON and SIMPSON, JJ., concur.